LOCKE LORD BISSELL & LIDDELL LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Matthew B. McClendon (SBN: 256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071-3119
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

Attorneys for Defendant
SAXON MORTGAGE SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CARLOS VILLARREAL,<br><br>Plaintiff,<br><br>vs.<br><br>REGIONAL SERVICE CORPORATION, SAXON MORTGAGE SERVICES, INC., and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. CV 08-6427 R (VBKx) [Related Group Ctrl No.: CV 08-7226 R (RZx)]<br><br>Hon. Manuel L. Real<br><br>**ORDER AWARDING SAXON MORTGAGE SERVICES, INC. ATTORNEY'S FEES**<br><br>**Filed Concurrently with:**<br>**1. Notice of Lodging**<br>**2. Declaration of Matthew B. McClendon** |

The Court, having considered the testimony of Mitchell W. Roth on January 8, 2009 and January 13, 2009, the documents and evidence provided to the Court in this action, the arguments of counsel and the parties, and having found that this action was brought in bad faith and for the purposes of harassment, hereby awards Saxon Mortgage Services, Inc. its attorney's fees of $46,855.00 pursuant to 15 U.S.C. § 1692k(a)(3), 28 U.S.C. § 1927, and the Court's inherent power and authority to

impose sanctions for willful abuse of the judicial process, bad faith conduct during litigation, and filing of frivolous papers.

The Court ORDERS that:

1. Mitchell W. Roth and MW Roth PLC, jointly and severally, shall reimburse Plaintiff all amounts paid by Plaintiff to file and/or pursue this lawsuit.

2. Mitchell W. Roth and MW Roth PLC shall be jointly and severally liable for Saxon's attorney's fees in the amount of $46,855.00.

**IT IS SO ORDERED.**

DATED: May 18, 2009  _____
Hon. Manuel L. Real
United States District Court Judge
Central District of California